No. 65786.—Novik & Co., Inc. *v.* United States, protest 60/20693 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of bridal headdresses similar in all material respects to those the subject of *Novik & Co., Inc.* v. *United States* (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 12, 1961

No. 65787.—Lekas & Drivas, Inc. *v.* United States, protest 59/19883 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the 262 wooden cases were American goods returned and that the collector is satisfied as to the existence of all facts upon which entry of the merchandise free of duty is dependent, the claim of the plaintiff was sustained. Abstract 57104 followed.

No. 65788.—Howard Berg et al. *v.* United States, protests 59/17705, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiffs was sustained.